**Christine JOHNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28640.

Court of Criminal Appeals of Texas.

Nov. 28, 1956.

---

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.